

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-20-2013

# In Re: W.R. Grace & Co

Precedential or Non-Precedential: Precedential

Docket No. 12-2923

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: W.R. Grace & Co " (2013). *2013 Decisions.* Paper 1515.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1515

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
——————

Nos. 12-2923 and 12-3143
——————

In Re: WR Grace & Co., et al., Debtors
Anderson Memorial Hospital,
Appellant
——————
On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1-11-cv-00199)
——————

**ORDER AMENDING OPINION**

It appears that the opinion issued on September 4, 2013 incorrectly identified Andrew N. Rosenberg, Esq. as counsel appearing and arguing on behalf of David T. Austern and Her Majesty of Canada.  Mr. Rosenberg entered his appearance on behalf of the Bank Lender Group only and did not argue in these appeals.  Accordingly, it is hereby ordered that the docket entry of June 17, 2013 shall be corrected and the following text deleted from the caption of the opinion:

Andrew N. Rosenberg, Esq. **(Argued)**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
*Counsel for David T. Austern,*
*Her Majesty Queen of Canada*

The original filed date of the opinion and this Court's judgment are not altered by the amendment.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: November 20, 2013
PDB/cc: All Counsel of Record